FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 24, 2026

SEAN F. McAVOY, CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUNIOR DICK,<br><br>Defendant. | No. 2:26-CR-00031-TOR-1<br><br>ORDER GRANTING DEFENDANT'S EMERGENCY MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**MOTION GRANTED**<br>**(ECF No. 28)** |

Before the Court is Defendant JUNIOR DICK's Emergency Motion to Modify Conditions of Release, **ECF No. 28**. Defendant moves the Court to modify the conditions of release set forth in the Order Following Detention Hearing on Indictment and Denying the United States' Motion for Detention as Moot, ECF No. 21. Specifically, Defendant requests the Court add a condition allowing him to travel and participate in wildfire prevention and suppression activities/employment. Neither the United States nor U.S. Probation oppose Defendant's motion.

**IT IS ORDERED:**

1. Defendant's Emergency Motion to Modify Conditions of Release, **ECF No. 28**, is **GRANTED.** Defendant's conditions of release shall be modified to include:

   a. The Defendant is authorized to engage in wildfire prevention and suppression activities/employment-related travel within the United States and/or other wildfire prevention and suppression

ORDER - 1

activities/duties as directed by appropriate authorities for the purpose of wildfire prevention or response within the United States.  To the extent Defendant's employment-related duties may conflict with any of the previously imposed conditions of pretrial release concerning travel or the use and possession of non-firearm dangerous weapons (*i.e.* axes, machetes, chainsaws), Defendant shall be considered in compliance with his conditions of pretrial release so long as Defendant is acting under direction and supervision from Defendant's employer/supervisor.  **In no event may Defendant use or possess firearms or explosives.** Defendant shall, if possible, advise U.S. Probation in advance of work-related travel, but in any event shall provide U.S. Probation with his location as soon as practicable.

2.    All other terms and conditions of pretrial release set forth in ECF Nos. 21 and 23 shall remain in full force and effect to the extent they do not conflict with the additional supplemental condition set forth herein.

**IT IS SO ORDERED.**

DATED July 24, 2026.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2