FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Oct 05, 2026
SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUNIOR DICK,

Defendant.

No. 2:26-CR-00031-TOR-1

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE

**MOTION GRANTED (ECF No. 34)**

Before the Court is Defendant JUNIOR DICK's Motion to Modify Conditions of Release (Unopposed), **ECF No. 34**. Defendant moves the Court to modify the conditions of release set forth in the Order Following Detention Hearing on Indictment and Denying the United States' Motion for Detention as Mood, ECF No. 21, and the Order Modifying Conditions of Pretrial Release, ECF No. 33. Specifically, Defendant requests the Court modify the no contact provision to allow additional contact between Defendant and K.I. Neither the United States nor U.S. Probation oppose Defendant's motion.

**IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release, **ECF No. 34**, is **GRANTED. The no-contact condition set forth in ECF No. 33 shall be modified as follows**:

a. Defendant shall have no contact whatsoever, direct or indirect, with any persons Defendant knows or reasonably should know are or may become a victim or potential witness in the subject

investigation or prosecution. Prohibited forms of contact include, but are not limited to, telephone, mail, email, text, video, social media, and/or any contact through any third person or parties. Pretrial Services may but is not required to exempt specific named individuals from this prohibition, including but not limited to immediate family members or co-workers. *Provided*, Defendant is permitted to have limited contact with, K.I., as follows:

i. Defendant and K.I. are permitted to have supervised contact, without regard to time limitation, from 5:00 p.m. Friday to 8:00 a.m. Monday. Visits must be supervised by at least one of Defendant's parents, Mr. and/or Mrs. Dick. Defendant shall provide advance notice to U.S. Probation prior to any visits.

ii. Defendant and K.I. may not discuss this case.

2. All other terms and conditions of pretrial release set forth in ECF Nos. 21, 23, 29, and 33 shall remain in full force and effect to the extent they do not conflict with the additional supplemental condition set forth herein.

**IT IS SO ORDERED.**

DATED October 5, 2026.

JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE